UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARSHELL RUSSELL,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Civil No. 10-12118
Hon. Avern Cohn

_____/

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendant's motion for summary judgment is GRANTED, the plaintiff's motion summary judgment is DENIED and the case is DISMISSED.

DAVID WEAVER

Dated: March 14, 2012      By: s/ Julie Owens
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 14, 2012, by electronic and/or ordinary mail.

                                                   s/Julie Owens
                                              Case Manager, (313) 234-5160